UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 19, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
Lori A. Bunting

Case No.: 17-27702

Adv. No.:

Judge: JNP

Chapter: 13

# ORDER TRANSFERRING CASE(S)
# TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 19, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒   ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable __Andrew B. Altenburg, Jr.__ by the clerk:

_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____

and it is further

☐   ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____

*Rev.6/1/06; jml*