UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 19, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: <br> Lori A. Bunting | Case No.: 17-27702 |
| | Adv. No.: |
| | Judge: JNP |
| | Chapter: 13 |

# ORDER TRANSFERRING CASE(S)
# TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 19, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒   ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable   Andrew B. Altenburg, Jr.   by the clerk:

_____   _____   _____   _____
_____   _____   _____   _____
_____   _____   _____   _____

and it is further

☐   ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____   _____   _____   _____
_____   _____   _____   _____
_____   _____   _____   _____
_____   _____   _____   _____

*Rev.6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-27702-ABA
Lori A. Bunting                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 19, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
db             +Lori A. Bunting,    275 Green Street,    Unit 5K8,    Edgewater Park, NJ 08010-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Hubert C. Cutolo    on behalf of Creditor    Arbor Green Condominium Association, Inc.
               hcutolo@cutololaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin M. Buttery    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com
              Lee Martin Perlman    on behalf of Debtor Lori A. Bunting ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9