UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN, ESQUIRE**
1926 GREENTREE ROAD, SUITE 100
Cherry Hill NJ 08003
(856) 751-4224

RE: LORI A. BUNTING

Order Filed on June 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-27702

Chapter 13

Hearing Date: 3/27/18

Judge: JNP

## ORDER APPROVING POST PETITION LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through three (2) is hereby **ORDERED.**

**DATED: June 12, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR(S), LORI A. BUNTING**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RE: | CHAPTER 13 |
| LORI A. BUNTING | CASE NO.: 17-27702-JNP |
| Debtor(s) | **ORDER APPROVING POST PETITION LOAN MODIFICATION AGREEMENT** |

Upon consideration of the Motion of Chapter 13 debtor Lori A. Bunting (the "Debtor") for Order approving Post-Petition Loan Modification Pursuant to 11 U.S.C. § 364, Fed. R. Bankr. P. 4001(c) and D.N.J. LBR 4001-2(d); and for Related Relief (the "Motion"), and good cause appearing therefore, it is hereby

**ORDERED**, that the debtor's Motion, in connection with Debtor's residence located at 275 Green Street, Unit 5K8, Edgewater Park, New Jersey (the "Residence), shall be and is hereby granted; and it is further,

**ORDERED**, that the debtor is hereby authorized to enter into a loan modification agreement on the first mortgage on his Residence with Ocwen Loan Servicing, LLC (the "Creditor"); and it is further,

**ORDERED**, that per the terms of the final loan modification, as set forth in the underlying pleadings and exhibits, are hereby approved; and it is further,

**ORDERED**, that this Order does not alter or affect the status or priority of any other existing liens on the Residence that is the subject of the loan modification; and it is further,

**ORDERED**, that within thirty (30) days from consummation of the loan modification the Creditor shall amend its Proof of Claim; and it is further,

**ORDERED**, that within ten (10) days from the date of this Order, the Debtor shall amend Schedule J and the Chapter 13 Plan as necessary to reflect financial changes stemming from the loan modification; and it is further,

**ORDERED**, that the fourteen (14) day period under Fed. R. Bankr. P. 6004 is hereby waived.