| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**LEE M. PERLMAN, ESQUIRE**<br>1926 GREENTREE ROAD, SUITE 100<br>Cherry Hill NJ 08003<br>(856) 751-4224<br><br><br><br>RE: LORI A. BUNTING | Order Filed on June 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 17-27702<br>Chapter 13<br>Hearing Date: 3/27/18<br>Judge: JNP |

## ORDER APPROVING POST PETITION LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through three (2) is hereby **ORDERED.**

**DATED: June 12, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR(S), LORI A. BUNTING**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RE: | CHAPTER 13 |
| LORI A. BUNTING | CASE NO.: 17-27702-JNP |
| Debtor(s) | **ORDER APPROVING POST PETITION LOAN MODIFICATION AGREEMENT** |

Upon consideration of the Motion of Chapter 13 debtor Lori A. Bunting (the "Debtor") for Order approving Post-Petition Loan Modification Pursuant to 11 U.S.C. § 364, Fed. R. Bankr. P. 4001(c) and D.N.J. LBR 4001-2(d); and for Related Relief (the "Motion"), and good cause appearing therefore, it is hereby

**ORDERED**, that the debtor's Motion, in connection with Debtor's residence located at 275 Green Street, Unit 5K8, Edgewater Park, New Jersey (the "Residence), shall be and is hereby granted; and it is further,

**ORDERED**, that the debtor is hereby authorized to enter into a loan modification agreement on the first mortgage on his Residence with Ocwen Loan Servicing, LLC (the "Creditor"); and it is further,

**ORDERED**, that per the terms of the final loan modification, as set forth in the underlying pleadings and exhibits, are hereby approved; and it is further,

**ORDERED**, that this Order does not alter or affect the status or priority of any other existing liens on the Residence that is the subject of the loan modification; and it is further,

**ORDERED**, that within thirty (30) days from consummation of the loan modification the Creditor shall amend its Proof of Claim; and it is further,

**ORDERED**, that within ten (10) days from the date of this Order, the Debtor shall amend Schedule J and the Chapter 13 Plan as necessary to reflect financial changes stemming from the loan modification; and it is further,

**ORDERED**, that the fourteen (14) day period under Fed. R. Bankr. P. 6004 is hereby waived.

United States Bankruptcy Court
District of New Jersey

In re:  
Lori A. Bunting  
    Debtor

Case No. 17-27702-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 12, 2018  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.  
db    +Lori A. Bunting,   275 Green Street,   Unit 5K8,   Edgewater Park, NJ 08010-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
    Aleisha Candace Jennings   on behalf of Creditor   OCWEN LOAN SERVICING LLC ajennings@rasflaw.com  
    Hubert C. Cutolo   on behalf of Creditor   Arbor Green Condominium Association, Inc.  
     hcutolo@cutololaw.com  
    Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
     summarymail@standingtrustee.com  
    Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
    Kevin M. Buttery   on behalf of Creditor   OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com  
    Lee Martin Perlman   on behalf of Debtor Lori A. Bunting ecf@newjerseybankruptcy.com,  
     lmpcourt@gmail.com  
    Miriam Rosenblatt   on behalf of Creditor   OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,  
     mrosenblatt@rasflaw.com  
    Rebecca Ann Solarz   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com  
    Sindi Mncina   on behalf of Creditor   OCWEN LOAN SERVICING LLC smncina@rascrane.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 10