Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                          Case No.: 17−27702−ABA
                                          Chapter: 13
                                          Judge: Andrew B. Altenburg Jr.
                                          Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori A. Bunting
   aka Lori A. Clark
   275 Green Street
   Unit 5K8
   Edgewater Park, NJ 08010

Social Security No.:
   xxx−xx−0129

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/28/18.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 28, 2018
JAN: bc

                                                                                              Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lori A. Bunting  
    Debtor

Case No. 17-27702-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Sep 28, 2018  
                            Form ID: 148    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
```
db          +Lori A. Bunting,    275 Green Street,    Unit 5K8,    Edgewater Park, NJ 08010-2411
cr          +Arbor Green Condominium Association, Inc.,    Cutolo Barros LLC,    151 Highway 33 East,
              Suite 204,    Manalapan, NJ 07726-8635
cr          +OCWEN LOAN SERVICING LLC,    6409 Congress Ave Suite 100,    Boca Raton, FL  33487,
              UNITED STATES 33487-2853
517040246   +Arbor Green Condominium Assoc,    14000 Horizon Way, Ste 200,    Mount Laurel, NJ 08054-4342
517061803   +Arbor Green Condominium Association, Inc.,    c/o Cutolo Barros, LLC,
              151 Highway 33 East, Suite 204,    Manalapan, NJ 07726-8635
517040252   +Cutolo Barros LLC,    151 Highway 33 East, Ste 204,    Manalapan, NJ 07726-8635
517040253    Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
517140677    JPMorgan Bank, N.A.,    PO BOX 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517040255   +Lyons, Doughty & Veldhuis, PC,    PO Box 1269,    Mount Laurel, NJ 08054-7269
517073856   +U.S. Dept of Housing and Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2018 00:20:22    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2018 00:20:17    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517040247   +E-mail/Text: bk@avant.com Sep 29 2018 00:21:08    Avant Credit, Inc,    Attention Bankruptcy,
              Po Box 9183380,    Chicago, IL 60691-3380
517040248   +EDI: TSYS2.COM Sep 29 2018 03:48:00    Barclays Bank Delaware,    100 S West St,
              Wilmington, DE 19801-5015
517040249   +EDI: CAPITALONE.COM Sep 29 2018 03:49:00    Capital One,    Attn: Bankruptcy,    Po Box 30253,
              Salt Lake City, UT 84130-0253
517110554    EDI: CAPITALONE.COM Sep 29 2018 03:49:00    Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
517136946    EDI: BL-BECKET.COM Sep 29 2018 03:49:00    Capital One, N.A.,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern PA 19355-0701
517040250   +EDI: CAUT.COM Sep 29 2018 03:48:00    Chase Auto Finance,    National Bankruptcy Dept,
              201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517040251   +EDI: CCS.COM Sep 29 2018 03:48:00    Credit Collections Svc,    Po Box 773,
              Needham, MA 02494-0918
517248288    EDI: JEFFERSONCAP.COM Sep 29 2018 03:48:00    Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-9617
517040254   +EDI: CBSKOHLS.COM Sep 29 2018 03:48:00    Kohls/Capital One,    Kohls Credit,    Po Box 3043,
              Milwaukee, WI 53201-3043
517175204   +EDI: MID8.COM Sep 29 2018 03:48:00    MIDLAND FUNDING LLC,    PO BOX 2011,
              WARREN, MI 48090-2011
517040256   +Fax: 407-737-5634 Sep 29 2018 00:43:50    Ocwen Loan Servicing L,
              1661 Worthington Rd Suite 100,    West Palm Beach, FL 33409-6493
517243156   +Fax: 407-737-5634 Sep 29 2018 00:43:50    Ocwen Loan Servicing, LLC,
              Ocwen Loan Servicing, LLC,    ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
              West Palm Beach, FL 33409-6493
517130813    EDI: PRA.COM Sep 29 2018 03:48:00    Portfolio Recovery Associates, LLC,    c/o Barclaycard,
              POB 41067,    Norfolk VA 23541
517149492   +EDI: JEFFERSONCAP.COM Sep 29 2018 03:48:00    Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517232856    EDI: Q3G.COM Sep 29 2018 03:49:00    Quantum3 Group LLC as agent for,    MOMA Funding LLC,
              PO Box 788,    Kirkland, WA 98083-0788
517048126   +EDI: RMSC.COM Sep 29 2018 03:49:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517040257   +EDI: RMSC.COM Sep 29 2018 03:49:00    Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
              Po Box 956060,    Orlando, FL 32896-0001
517241810   +E-mail/Text: bncmail@w-legal.com Sep 29 2018 00:20:33    TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517040258   +EDI: WTRRNBANK.COM Sep 29 2018 03:48:00    Target,    C/O Financial & Retail Srvs,
              Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
                                                                                               TOTAL: 21
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 28, 2018
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor   OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
          Hubert C. Cutolo    on behalf of Creditor   Arbor Green Condominium Association, Inc.
           hcutolo@cutololaw.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin M. Buttery    on behalf of Creditor   OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com
          Lee Martin Perlman    on behalf of Debtor Lori A. Bunting ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Miriam Rosenblatt    on behalf of Creditor   OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor   OCWEN LOAN SERVICING LLC smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```