UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100 Cherry Hill, New Jersey 08003 856-751-4224
Attorney for Debtors

**Order Filed on February 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LORI BUNTING

Case No.: 17-27702 ABA

Hearing Date: _____

Judge: ABA

Chapter: 13

Recommended Local Form: ☒ Followed  ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: February 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

  Upon the motion of _____Lori Bunting_____, and for good cause shown, it is

 ORDERED as follows:

  1. This case is reopened.

  2. ❏ A Trustee shall be appointed.

   ❏ A Trustee shall not be appointed.

  3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ❏ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*