Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                Case No.: 17−27702−ABA  
                Chapter: 13  
                Judge: Andrew B. Altenburg Jr.  
                Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Lori A. Bunting  
   aka Lori A. Clark  
   275 Green Street  
   Unit 5K8  
   Edgewater Park, NJ 08010

Social Security No.:  
   xxx−xx−0129

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               4/10/19  
Time:              09:00 AM  
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 5, 2019  
JAN: ml

                                                      Jeanne Naughton  
                                                        Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 17-27702-ABA
Lori A. Bunting                                                 Chapter 13
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin                Page 1 of 2      Date Rcvd: Mar 05, 2019
                             Form ID: 132               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db             +Lori A. Bunting,    275 Green Street,    Unit 5K8,    Edgewater Park, NJ 08010-2411
cr             +Arbor Green Condominium Association, Inc.,    Cutolo Barros LLC,    151 Highway 33 East,
                 Suite 204,    Manalapan, NJ 07726-8635
cr             +OCWEN LOAN SERVICING LLC,    6409 Congress Ave Suite 100,    Boca Raton, FL 33487,
                 UNITED STATES 33487-2853
517040246      +Arbor Green Condominium Assoc,    14000 Horizon Way, Ste 200,    Mount Laurel, NJ 08054-4342
517061803      +Arbor Green Condominium Association, Inc.,    c/o Cutolo Barros, LLC,
                 151 Highway 33 East, Suite 204,    Manalapan, NJ 07726-8635
517040248      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517136946       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517040252      +Cutolo Barros LLC,    151 Highway 33 East, Ste 204,    Manalapan, NJ 07726-8635
517040253       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
517140677       JPMorgan Bank, N.A.,    PO BOX 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517040255      +Lyons, Doughty & Veldhuis, PC,    PO Box 1269,    Mount Laurel, NJ 08054-7269
517040258      +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517073856      +U.S. Dept of Housing and Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 00:11:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 00:11:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517040247      +E-mail/Text: bk@avant.com Mar 06 2019 00:12:06     Avant Credit, Inc,   Attention Bankruptcy,
                 Po Box 9183380,   Chicago, IL 60691-3380
517040249      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2019 00:07:58      Capital One,
                 Attn: Bankruptcy,   Po Box 30253,    Salt Lake City, UT 84130-0253
517110554       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2019 00:07:34
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517040250      +E-mail/Text: bk.notifications@jpmchase.com Mar 06 2019 00:11:18      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517040251      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 06 2019 00:12:17      Credit Collections Svc,
                 Po Box 773,   Needham, MA 02494-0918
517248288       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2019 00:11:46      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
517040254      +E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 00:10:31      Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,    Milwaukee, WI 53201-3043
517175204      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2019 00:11:29      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
517040256      +Fax: 407-737-5634 Mar 06 2019 01:08:46     Ocwen Loan Servicing L,
                 1661 Worthington Rd Suite 100,    West Palm Beach, FL 33409-6493
517243156      +Fax: 407-737-5634 Mar 06 2019 01:08:46     Ocwen Loan Servicing, LLC,
                 Ocwen Loan Servicing, LLC,    ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
517130813       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 00:20:30
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,   Norfolk VA 23541
517149492      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2019 00:11:46      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517232856       E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2019 00:11:19
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
517048126      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 00:07:44      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517040257      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 00:08:09      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,   Po Box 956060,    Orlando, FL 32896-0001
517241810      +E-mail/Text: bncmail@w-legal.com Mar 06 2019 00:11:43     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Mar 05, 2019
                              Form ID: 132             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
          Hubert C. Cutolo    on behalf of Creditor    Arbor Green Condominium Association, Inc.
           hcutolo@cutololaw.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin M. Buttery    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com
          Lee Martin Perlman    on behalf of Debtor Lori A. Bunting ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    OCWEN LOAN SERVICING LLC smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```