Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  17−27702−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.
                        Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori A. Bunting
   aka Lori A. Clark
   275 Green Street
   Unit 5K8
   Edgewater Park, NJ 08010

Social Security No.:
   xxx−xx−0129

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 5, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 41 − 39
Order Granting Motion To Vacate Dismissal of Case (Related Doc # 39). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/5/2019. Confirmation hearing to be held on 4/10/2019 at 09:00 AM at ABA − Courtroom 4B, Camden. Last day to Object to Confirmation 4/3/2019. (ml)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 5, 2019
JAN: ml

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-27702-ABA
Lori A. Bunting                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin                Page 1 of 1                Date Rcvd: Mar 05, 2019
                        Form ID: orderntc          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
db         +Lori A. Bunting,    275 Green Street,    Unit 5K8,   Edgewater Park, NJ 08010-2411
cr         +Arbor Green Condominium Association, Inc.,    Cutolo Barros LLC,   151 Highway 33 East,
             Suite 204,    Manalapan, NJ 07726-8635
cr         +OCWEN LOAN SERVICING LLC,    6409 Congress Ave Suite 100,   Boca Raton, FL  33487,
             UNITED STATES 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:
      Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
      Hubert C. Cutolo    on behalf of Creditor    Arbor Green Condominium Association, Inc.
      hcutolo@cutololaw.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
      summarymail@standingtrustee.com
      Kevin M. Buttery    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com
      Lee Martin Perlman    on behalf of Debtor Lori A. Bunting ecf@newjerseybankruptcy.com,
      lmpcourt@gmail.com
      Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
      mrosenblatt@rasflaw.com
      Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
      Sindi Mncina    on behalf of Creditor    OCWEN LOAN SERVICING LLC smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10