Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                Case No.: 17−27702−ABA
                                Chapter: 13
                                Judge: Andrew B. Altenburg Jr.
                                Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori A. Bunting
   aka Lori A. Clark
   275 Green Street
   Unit 5K8
   Edgewater Park, NJ 08010

Social Security No.:
   xxx−xx−0129

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 5, 2019</u>                    <u>Andrew B. Altenburg Jr.</u>
                                            Andrew B. Altenburg Jr.
                                            Judge, United States Bankruptcy Court